```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
XIAOJIAN YANG, *on his own behalf and on behalf of* :
*others similarly situated*, :
: 1:20-cv-4214-GHW
:
                            Plaintiff, :
: ORDER
:
               -against- :
:
SMJ CONSTRUCTION INC., TNC :
CONSTRUCTION INC., SMJ CONSTRUCTION :
TECH LLC d/b/a SMJ CONSTRUCTION, :
STEVE KANG, TIAN NAM CHE, LIAN JUN   X
CHU, MIN JUNG PARK, "JOHN" JIANG, *and*
"JOHN" CAI,

                           Defendants.

-------------------------------------------------------------------
GREGORY H. WOODS, United States District Judge:

       Plaintiff commenced this action on June 2, 2020, alleging violations of the Fair Labor Standards Act and the New York Labor Law. Dkt. No. 1. Defendants Steve Kang, Min Jung Park, SMJ Construction Inc., SMJ Construction Tech LLC, and TNC Construction, Inc. were served on June 26, 2020. Dkt. Nos. 17-21. The deadline for those defendants to answer the complaint was July 17, 2020. Dkt. Nos. 17-21.

       Plaintiff is directed to submit a letter to the Court regarding the status of the case no later than September 11, 2020. Plaintiff is further directed to serve this order on all defendants and file proof of service on the docket.

SO ORDERED.

Dated: September 9, 2020
      New York, New York

                                                          _____
                                                             GREGORY H. WOODS
                                                           United States District Judge