USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
XIAOJIAN YANG, *on his own behalf and on behalf of* : 
*others similarly situated*, :
:
                              Plaintiff, :
:
           -against- :
:
SMJ CONSTRUCTION INC., TNC :
CONSTRUCTION INC., SMJ CONSTRUCTION :
TECH LLC d/b/a SMJ CONSTRUCTION, :
STEVE KANG, TIAN NAM CHE, LIAN JUN :
CHU, MIN JUNG PARK, "JOHN" JIANG, *and* :
"JOHN" CAI, :
:
                            Defendants. :
-------------------------------------------------------------- X

1:20-cv-4214-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court has reviewed Plaintiff's September 11, 2020 status letter, Dkt. No. 23.  The Court understands that Plaintiff intends to move for an order to show cause as to why default judgment should not be entered if Defendants fail to appear in this matter before October 12, 2020.

      Plaintiff is directed to serve this order on all defendants and retain proof of service.

      SO ORDERED.

Dated: September 13, 2020
       New York, New York

                                                          _____
                                                   GREGORY H. WOODS
                                               United States District Judge